**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZACHARY SMITH AND PATIENCE HALL,<br><br>Plaintiff,<br>vs.<br><br>FCA US, LLC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-03626-MRA-PD<br><br>District Judge: Hon. Monica Ramirez Almadani<br>Magistrate Judge: Hon. Patricia Donahue<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL**

Upon the Joint Stipulation of the Parties to dismiss this case in light of settlement of damages and attorneys' fees, costs, and expenses:

It is hereby ORDERED that this matter is DISMISSED WITH PREJUDICE.

Date: October 7, 2026

Mónica R. Al[signature]

Hon. Mónica Ramírez Almadani
United States District Judge